**Slip Op. 06-31**

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **ROBERT ROOD,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Before: Carman, Judge** |
| v. : | |
| : | **Court No. 05-00303** |
| **U.S. SEC'Y OF AGRIC.** : | |
| : | |
| **Defendant.** : | |

## JUDGMENT

This Court, having received and reviewed the United States Department of Agriculture's Corrected Reconsideration upon the Application of Robert Rood, whereby Plaintiff was found to be eligible to receive benefits pursuant to 19 U.S.C. § 2401e(b)(1) (Supp. II 2002), hereby

**ORDERS** that the United States Department of Agriculture's corrected reconsideration is affirmed.

 /s/ Gregory W. Carman 
Gregory W. Carman

Dated: March 1, 2006
      New York, New York